UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Titus Henderson,
          Plaintiff

                          W.D.Wis.#    21-cv-346-jdp

          V.

U.S. Attorney General, Gary Hamblin, Tim Haines,
Jon Litscher, Ed. Wall, Matthew Frank,
Rick Raemisch, Peter Huibregtse, Richard Schneiter,
Beth Dittmann, Gary Boughton, Ellen Ray, Lt. Gardner,
Jackson, CO Hulce, Lt. Hoesfield, Trish Lansing, W.Krahlable,
Lt. Tom, J. Sickinger, Sgt. Laxton, Capt. Brown, Capt. Hoeppes,
Capt. Gardner, M. Heimerman, Brian Born, Sgt. Jones, Lt. Tassen
Lt. Primmer, CO Crockoft, CO Friend, Mary Taylor,

                    Defendants,

              CIVIL ACTION
          42 U.S.C. §1983

              PARTIES

PLAINTIFF: Titus Henderson
          GBCI, P.O. Box 19033
          2833 Riverside Dr, Greenbay, WI 51307

DEFENDANT: U.S. Attorney General
          950 Pennsylvania Ave, Washington, DC 20530

1

Edward Wall, Jon Litscher, Gary Humble, Brett Brensich,
Kevin Carr, Matthew Frank,
3099 E. Washington Ave, Madison, WI 53707

Richard Schneiter, Peter Schneiter, Jim Haines, Ellen Ray,
Gary Knuppins, Trish Lensmon, William Habel, Brian Kool,
Deborah Wallenfield, Lt Toni Lt Parker, David Gardner,
Labron Brown, Sgt Dreppy, CO Tyler, Jail Vanhalt, Tim Jones,
Scott Jones, CO Friml, Mary Taylor, Lt Kammer, Sgt Twuch,
Sgt Lexine, Rachel Honeman, Sgt Schlyer,
WSPF, 1101 Morrison Dr, Boscobel, WI 53805

" All Defendants Are Sued In Their Official And
Individual Capacity."

## JURISDICTION / VENUE

U.S. District Court Western District Wisconsin has
personal and subject matter jurisdiction of this action
as proper venue purs. 28 U.S.C. §1391, §1332, and §1343,
because civil rights violations occurred in Western
District Wisconsin.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff Henderson has exhausted all available admin-
istrative remedies purs. 42 U.S.C. §1997 and §997.210,
before filing this action.



4

Adult Conduct Report #141/564

)June 30, 2003, I received fabricated C.R. from CO II Sharon and Sgt. Bausch in retaliation for grievance in ICRS that Henderson violated 303.24: Disobeying Orders, 303.34: Theft, 303.47: Possession of Contraband-Miscellaneous, 303.63: Violation of Policy & Procedures, in addition to punishment of loss privileges purs. to 303.72 (2-4) by false Behaviour Log Report.

)Lt. Grondin "Reviewing Staff" denied Henderson requested staff witnesses and report writer at hearing, July 3, 2003.

)Henderson was denied access to attached documents to C.R. as evidence.

)Lt. Grondin "Disciplinary Officer & Reviewing Staff" used false Behaviour Log Reports to impose 360 Days Prog. Seg., as a partial fact-finder, on July 14, 2003, & destroyed personal books violating 1st Amend..

)July 19, 2003, I appealed C.R. due process errors to Warden Huibregtse.

)Sept. 4, 2003, Warden Huibregtse returned C.R. for correction of record.

)Lt. Grondin corrected C.R. decision Oct. 31, 2003; I appealed to Warden Huibregtse a second time Nov. 2, 2003 of due process violations.

)Nov. 18, 2003, Warden Huibregtse affirmed C.R. disposition of 360 Prog..

)On _____, I filed ICRS challenging due process violation.

)On _____, ICE dismissed due process complaint.

)On _____, I appealed ICE dismissal to CCE+OOS in Madison.

)On _____, CCE+OOS affirmed disposition and dismissed due process complaint WSPF-2003-

5

Adult Conduct Report #1877491

) May 1, 2007, I received fabricated C.R. by Capt. L. Brown, Henderson violated 303.271: Lying About Staff, 303.16: Threats as retaliation for filing ICRS grievance WSPF-2007-4625 + exoneration on C.R. #1675449.

) May 14, 2007, Lt. Boisen "Reviewing Staff" refused to allow Adv. Sgt. Hanke to collect and present documentary evidence against charges.

) I was not given "DOC-68: Notice of 21-Day Time Limit Ext.", and C.R. was held past 52 days, making witnesses unavailable.

) June 29, 2007, Lt. Boisen "Disciplinary Officer + Reviewing Staff" used fabricated report to support finding of guilt / disposition, + imposed 180 Days Disc. Sep. /w 30 Days Rm. Conf. /w Loss of Electronics, as retaliation for writing WSPF-2007-4625 of staff misconduct.

) June 27, 2007, I appealed due process violation to Warden Thibregese.

) Aug. 21, 2007, Deputy Warden Thibregese affirmed disposition.

) Aug. 25 2007, I filed ICRS challenging due process violations.

) Sept. 13, 2007, ICE + P. thibregese dismissed due process complaint.

) Sept. 15, 2007, I filed appeal of ICE dismissal to CCE + OOS.

) Sept. 28, 2007, CCE + OOS dismissed due process complaint and affirmed C.R. disposition WSPF-2007-28752 / WSPF-2007-4625.



Adult Conduct Report #1931009

) On May 4, 2007, CO II Hulce lied that Henderson committed violation of 303.16 + 303.27, Threats + Lying; in addition to demotion + taking of privileges by Behavior Log Report violating 303.66-.68.

) I received C.R. on May 4, 2007, excluding Behavior Log + evidence.

) Lt. Boisen denied all documentary evidence as prime investigator - Reviewing Officer before hearing, preventing a defense.

) Lt. Boisen as Reviewing Staff of evidence before hearing with witness staff CO Hulce, and as Disciplinary Staff, violate 303.76(5) + 303.82(2).

) Lt. Boisen refused to provide Henderson copy of alleged letter, and allegedly destroyed letter as contraband prohibited by 303.85-.86

) Lt. Boisen as Disciplinary (Sole) Staff + Reviewing Staff, imposed disposition of 30 days room confinement/w loss of electronics, on June 4, 2007.

) As double punishment, Henderson Behavior Log punishment was done for same offense before disciplinary decision, violating 303.66-.68.

) Confiscation of alleged letter violate 1st Amend. free speech.

) I was not given notice of "21 day time limit extension", and Ellen Ray forged 21 Day Ext. pws. to 303.76(3). DOC-68 form.

) On June 12, 2007, I appealed decision to Warden Huibregtse.

) On July 2, 2007, Warden approved discipline; "21 Day Notice not required".

) On July 5, 2007, I filed Inmate Complaint of due process, violation.

) On July 20, 2007, ICE + Warden dismissed complaint.

) On July 24, 2007, I appealed ICE + Warden decision to Madison Corr. Complaint Exam. (CCE).

) On August 1, 2007, CCE + OOS dismissed appeal of due process violation. WSPF-2007-19843

1

# Adult Conduct Report #1931010

) On May 11, 2007, C.O. Hulce lied to promote his homosexual tendencies upon African-Americans as racial animus that Henderson committed 303.15: Sexual Conduct, 303.24: Disobeying Orders, 303.25: Disrespect + 303.28: Disruptive Conduct; in addition to Behavior Log false report.

) I was ~~never~~ issued C.R. and C.R. issuance was forged on May 14, 2007 as DOC-9 show continued tracing of copy date.

) Lt. Boisen denied all witnesses + documentary evidence as "Reviewing Staff" and "Disciplinary Staff" June 1, 2007

) Sec. Dir. Boughton did not give "Notice of 21-Day Ext. of C.R." to present defense.

) "Notice of 21-day Ext." DOC-68 form was forged by Ellen Ray in files.

) Lt. Boisen as Disciplinary Staff + Reviewing Staff, imposed 180 days disciplinary separation prohibited by 303.76(5), 303.82(2), June 4, 2007.

) Lt. Boisen used false Behavior Log as finding of guilt, violating 303.66-.68.

) On June 12, 2007, I appealed discipline to Warden Huibregtse.

) On July 2, 2007, Warden Huibregtse affirmed discipline.

) On July 3, 2007, I filed Inmate Complaint challenging due process.

) On July 20, 2007, ICE + Huibregtse dismissed ICRS appeal of C.R.

) On July 24, 2007, I appealed Warden decision to Corr. Complaint Exam. in Madison of due process violations.

) On September 6, 2007, CCE + DOS dismissed appeal of C.R. violations WSPF-2007-19842

8

Adult Conduct Report #1931125

)On May 18, 2007, I received C.R. that CO Hulce + Lt. Hanfeld lied I violated 303.24: Disobeying Orders, 303.28: Disruptive Conduct, 303.35: Damage/Alteration of Property, 303.40: Unauthorized Transfer of Property; in addition to Behavior Log Report punishment violating 303.66-.68.

)Lt. Boisen as Reviewing Staff + Disciplinary Staff denied Henderson's requested witnesses + videotape by Advoc. Sgt. Hanke, May 29, 2007

)Lt. Boisen sole disciplinary officer + Reviewing Staff imposed 210 days disciplinary separation. Lt. Hanfeld + CO Hulce had already punished Henderson for the same offense by Behavior Log Report of 10 Days loss of clothes, bedding + sheets, + control status by racism + sexual degradation.

)Lt. Boisen use of false Behavior Log and invisible videotape without disclosing content to Henderson, as evidence, does not support guilt.

)I was not given access to any evidence nor did any evidence exist to support disposition + guilt, as the only evidence mention is (Page 1).

)On Sept. 10, 2007, I appealed due process violation to Warden Thibregtse.

)On July 25, 2007, Warden Thibregtse affirmed due process violations as "Disposition consistent with progressive discipline", based on racism.

)On Sept. 14, 2007, T. Lansing denied appeal from CCE recommendation.

)On Aug. 1, 2007, I filed ICRS challenging due process violation.

)On Aug. 15, 2007, ICE + Warden Thibregtse dismissed WSPF-2007-22862 without investigation of racist discipline.

)On Aug. 19, 2007, I appealed dismissal to CCE + OOS in Madison.

)On Sept. 7, 2007, CCE + OOS dismissed Inmate Complaint WSPF-2007-22862, WSPF-2007-28069, WSPF-2007-29590.

)Correction of record dates + evidence was forged with C.R. 1931152.

9

Adult Conduct Report # 1931091

) On June 6, 2007, Sgt. Sickinger lied and has a history of racial animus toward African-Americans that Henderson violated 303.24: Disobeying Orders, 303.25: Disrespect, 303.28: Disruptive Conduct, and 303.63: Violation of Policies & Procedures; in addition to false Behavior Log Reports violating 303.66-68.

) On June 7, 2007, I was issued c.R. by Corr. Staff

) I was not given "Notice of 21-Day Time Ext." DOC-68 Form to present defense, violating 303.76(3)

) Lt. Boisen refused to allow Henderson to call witnesses & present documentary evidence against disciplinary charges as Reviewing Staff.

) Lt. Boisen used false Behavior Log entry & punishment as finding of guilt.

) Lt. Boisen being Disciplinary Staff & Reviewing (Investigator) Staff, imposed 30 days room conf. /w loss of electronics violating 303.76(5) & 303.82(2), On July 11, 2007; and refused to give copy of evidence.

) On July 22, 2007, I appealed c.R. to Warden P. Huibregtse.

) Aug. 22, 2007, Warden Huibregtse affirmed c.R. disposition.

) On _____, I filed Inmate Complaint of due process violations.

) On _____, ICE & Huibregtse dismissed appeal of complaint.

) On _____, I appeal Warden dismissal of ICRS to CCE Corr. Complaint Exam. in Madison.

) On _____, CCE & OOS dismissed appeal of ICRS of c.R..

10

## Adult Conduct Report #1676149

) On March 10, 2008, I received C.R. by R. Hable lying that I violated 303.24: Disobeying Orders, 303.25: Disrespect, in addition to false Behavior Log Report imposition of punishment for the same infractions by loss of electronics 30 days + demotion purs. to 303.72 before hearing.

) Lt. Tom "Reviewing Staff" denied Henderson all requested witnesses and documentary evidence of Behavior Log + Interview Request; DOC-761.

) Lt. Tom as sole "Disciplinary Staff + Reviewing Staff" used false Behavior Log Report, retaliated for filing pending criminal investigation against, by imposing 90 Days Disciplinary Sep. + 30 Days Rm. Conf. for their failed attempts to Kill me, on 3-27-2008.

) There was no evidence to support finding of guilt nor imposition of punishment twice for alleged same offense violating 1st Amend. Freedom of Speech based on content-discrimination.

) On April 3, 2008, I appealed disposition to Warden Huibregtse.

) On April 24, 2008, Deputy Warden Boughton "Remand C.R. for Correction" to delete "Behavior Log" of false allegations but affirmed to hide illegal documentation, violation of 303.76(6-9).

) On May 5, 2008, I filed ICRS challenging due process violation.

) On May 15, 2008, Deputy Warden Boughton + ICE dismissed C.R. complaint.

) On May 20, 2008, I appealed IEE decision to CCE + OOS.

) On June 2 2008, CCE + OOS dismissed complaint challenging due process violations. WSPF-2008-12690

11

# Adult Conduct Report #1965482

) On March 20, 2008, I received C.R. by Sgt. Laxton lied with racial animus (known Racist against African-Americans) that I violated 303.24: Disobeying Orders, 303.25: Disrespect, 303.28: Disruptive Conduct, 303:16: Threats; in addition I was already being punish for same offense by Behavior Log Report of false allegations before due process hearing purs. to 303.72(1)(2)(b-d), + denotion.

) C.R. is incomplete as violating 303.

) Lt. Tom as "Reviewing Staff + Disciplinary Staff" denied all Henderson's requested witnesses + videotape + documentary evidence to present defense against charges, violating 303.76(5) + 303.82(2).

) Lt. Tom being "Disciplinary Officer + Reviewing Staff" imposed 120 days Disciplinary Sep. violating 303.76(5) + 303.82(2), + physical degradation on Back-of-Cell Restriction as punishment before hearing.

) No evidence existed to support finding of guilt/disposition April 3, 2008.

) On April 17, 2008, I filed appeal of C.R. decision to Warden Thibregtse.

) In violation of 303.76(5-9), Deputy. Warden Boughton affirmed C.R. decision on June 10, 2008 past the 60 day time limit.

) June 16, 2008, I filed ICRS challenging due process violation.

) June 17, 2008, Deputy. Warden Boughton dismissed due process challenge.

) June 15, 2008, I appealed ICE + Boughton decision to CCE + OOS.

) On June 30, 2008, CCE + OOS ordered Lt. Tom + Boughton to correct due process violations, but dismissed appeal complaint.

) Lt. Tom + Boughton refused to correct due process violations.

) Lt. Tom was under present criminal investigation in John Doe #07-JD-10 making him partial fact-finder. WSPF-2008-16535.



12

## Adult Conduct Report #1965307

109) March 31, 2008, I received false C.R. as retaliation by Capt. L. Brown that Henderson violated 303.271: Lying About Staff, because Henderson filed a ICRS grievance for staff misconduct & C.R. 193/184.

110) Capt. Hoepper "Reviewing Staff" on April 3, 2008, denied Henderson all requested videotapes, documentary evidence, + witnesses preventing presentation of defense

111) April 17, 2008, Lt. Hanfeld (a known racist), used false Behavior Log Report as finding to support guilt/disposition, imposing 360 Days Disc. Seg. + 30 Days Rm. Conf. as retaliation for filing inmate grievance.

112) April 22, 2008, I filed appeal of due process violation to Warden.

113) June 23, 2008, in violation of 60 Day time limit, Deputy Warden Boughton affirmed disposition for retaliation of WSPF-2008-37959

114) June 28, 2008, I filed ICRS challenging due process violation.

115) July 2, 2008, ICE + Boughton dismissed due process complaint.

116) July 6, 2008, I appealed ICE dismissal to CCE + OOS in Madison.

117) July 10, 2008, CCE + OOS dismissed due process complaint and affirmed C.R. disposition in WSPF-2008-18033, WSPF-2008-11445.



13

Adult Conduct Report # 1965344

118 ) As retaliation for filing criminal investigation #07-JD-10, Peter Huibregtse authorized Capt. D. Gardner to write false charges of rule infraction 303.27: Lying + 303.271: Lying About Staff which I received June 2, 2008, in addition to false Behavior Log.

119 ) June 4, 2008, Lt. Tom denied Henderson all requested witnesses and documentary evidence to present defense against charges.

120 ) Lt. Tom being "Reviewing Staff + Disciplinary Staff" violating 303.76(5) and 303.82(2), imposed 30 Days Loss of Recreation as punishment, on July 11, 2008, as partial fact-finder, by Behavior Log false report.

121 ) Lt. Tom interviewed CO II Weigel after due process hearing and destroyed evidence allegedly.

122 ) No evidence existed to support finding of guilt nor disposition because Lt. Tom disposed of evidence, C.R. past 21 days.

123 ) I never received extension of 21 day time limit DOC-68 form.

124 ) On July 13, 2008, I appealed C.R. decision to Warden P. Huibregtse.

125 ) In violation of 303.76(5-9), Depty. Warden Boughton affirmed decision, on July 23, 2008 as retaliation for John Doe #07-JD-10.

126 ) July 25, 2008, I filed ICRS challenging due process violations.

127 ) July 30, 2008, ICE + Boughton dismissed due process complaint.

128 ) Aug 2, 2008, I filed appeal of dismissal to CCE + DOS in Madison.

129 ) August 22, 2008, CCE + DOS approved disposition and dismissed appeal. WSPF-2008-20360



14

Adult Conduct Report #1965360

) Dec. 18, 2008, I was served with fabricated C.R. by Capt. Brown that Henderson violated 303.271: Lying About Staff as retaliation for filing ICRS grievance + exonerating myself on the same previous charges in C.R. #1965273.

) Aug. 26, 2008, Lt. Hanfeld "Reviewing Staff" denied all Henderson's requested witnesses, + documentary evidence to prevent defense against charges.

) Ellen Ray + Lt. Tom forged + distorted Henderson's defense on DOC-84 at hearing which Henderson never received notice of C.R., on Sept. 8, 2008; imposed 180 Days Disc. Sep. / 30 Days Rm. Conf. as retaliation for writing ICRS grievances WSPF-2008-19341. as partial fact-finder. Past 21 day Time

) Sept. 8, 2008, I filed appeal to Warden Thurbregter of due process violation.

) Sept. 16, 2008, Deputy Warden Boughton dismissed appeal affirming C.R.

) Sept. 19, 2008, I filed ICRS of due process violation in C.R.

) Oct. 3, 2008, Deputy Warden Boughton dismissed due process complaint.

) Oct. 5, 2008, I appealed ICE dismissal to CCE + DOS in Madison.

) Oct. 15, 2008, CCE + DOS dismissed due process complaint and affirmed C.R. disposition. WSPF-2008-25570/2008-19341.



15

Adult Conduct Report # 2019993

)August 31,2009, I received fabricated C.R. by Sgt. Hennerman & B. Kool as retaliation for filing grievance against Sgt. Jones, that Henderson violated 303.24: Disobeying Orders, 303.63: Violation of Policy and Procedures; in addition to 15 loss of meal-trays by Behavior Log Report.

)Brian Kool as investigator & disciplinary officer used false Behavior Log Report to impose 5 days Loss of Electronics in addition to double punishment by Behavior Log Report of 15 days loss of food tray, as a partial fact-finder because he's a defendant in lawsuit #09-c-170-bbc.

)I appealed disposition on Sept. 25, 2009 to Warden Thibregtse.

)Oct. 20, 2009, Deputy Warden Boughton returned C.R. to add evidence.

)Oct. 28, 2009, B. Kool forged evidence & disregard evidence that the videotape show never existed

)Oct. 29, 2009, I filed appeal to Warden challenging evidence & procedures.

)Nov. 25, 2009, Trish Lansing "VOIDED" appeal process of violations.

)Nov. 29, 2009, I filed ICRS of "VOIDED" appeal of C.R.

)Dec. 7, 2009, E. Ray (ICE) denied due process complaint.

)Dec. 8, 2009, I appealed dismissal to Warden Thibregtse.

)Dec. 10, 2009, Deputy Warden Boughton affirmed dismissal of due process complaint WSPF-2009-26658.



Adult Conduct Report #2019925

)Sept.3,2009, I received false C.R. by Sgt. M.Hennerman; Henderson violated 303.25: Disrespect as retaliation for staff misconduct ICRS, in addition to Behavior Log Report.

)Brian Kool as "Investigator of Behavior Log Report / Disciplinary Officer" used false Behavior Log as double punishment to support finding of guilt/disposition without evidence, imposing 12 Days R.M. Conf. added to punishment of Loss privileges by demotion, as a partial fact-finder on Sept.24,2009, because he's a defendant in lawsuit #09-C-170-bbc.

)Sept.27,2009, I filed due process violation appeal to Warden.

)Oct.20,2009, Deputy Warden Boughton "Remanded" decision to correct C.R.

)Nov.11,2009 after correction by "Remand", I filed Second appeal to Warden of due process violations.

)Nov.12,2009, Trish Lansing "VOIDED" appeal process.

)Nov.12,2009, I filed appeal ICRS challenging due process violation.

)Nov.18,2009, ICE + Boughton dismissed due process complaint.

)Nov.23,2009, I received ICE + Boughton dismissal in Inst. mail.

)Nov.24,2009, I filed appeal of ICE dismissall to CCE + OOS.

)Feb.22,2010, CCE + OOS dismissed due process complaint and affirmed C.R. disposition in WSPF-2009-25195

17

Adult Conduct Report # 2107712

10) )On Sept. 8, 2009, I received fabricated C.R. by COII Scott Jones that Henderson violated 303.25: Disrespect as retaliation for filing ICRS contributing to COII S. Jones demotion July 11, 2009, in addition to False Behavior Log Reports violating 303.66-.68.

)I was not given notice of Time/Date/Place of hearing, + Sec. Dir. Horner told B. Kool to discredit Henderson statement before hearing.

)Brian Kool stated, "You're already guilty, so we're going through the formality". Brian Kool refused to accept written statement + refused to interview witnesses + videotape evidence requested by Henderson.

)Oct. 2, 2009, Brain Kool as sole "Disciplinary Staff + Reviewing Staff", + as a defendant in lawsuit #09-C-170-bbc; imposed 7 days loss of electronics without evidence to support findings of guilt/disposition.

)Disposition was based on false Behavior Log Report as guilt.

)Oct. 4, 2009, I appealed due process violations to Warden Thibregtse.

)Oct. 29, 2009, in violation of 303.76(5-9); Deputy Warden Boughton affirmed due process violations of disposition.

)Nov. 4, 2009, ICE received appeal complaint due process violation.

)Nov. 5, 2009, ICE + Boughton dismissed due process complaint.

)Nov. 13, 2009, CCE + OOS received C.R. appeal of due process.

)March 5, 2010, CCE + OOS dismissed due process, affirming C.R. disposition. WSPF-2009-24466 citing WSPF-2009-24465.



18

Adult Conduct Report #2107719

) Sept. 29, 2009, I received fabricated C.R. by COII S. Jones that Henderson violated 303.15: Sexual Conduct, 303.24: Disobeying Orders, 303.25: Disrespect, in addition to punishment by Behavior Log Report of false charges to retaliate for writing ICRS + denying food.

) Lt. Tom "Reviewing Staff/Investigator" denied Henderson all his requested witnesses, videotapes, + documentary evidence on Oct. 16, 2009 to prevent Henderson from presenting a defense.

) Oct. 6, 2009, as "Reviewing Investigator", Lt. Tom wrote his own personal witness statement/"videotape against Henderson and labeled his statement/videotape as "Confidential" purs. to 303.81(6) as evidence.

) Henderson filed an "Open Records Request" for evidence denied by Warden.

) Henderson did not receive a "DOC-68: Notice of 21-Day Ext. of C.R..

) Lt. Primmer denied Henderson videotape at hearing and refused to allow Henderson to make defense statement in to charges, Oct. 26, 2009.

) Lt. Primmer used false Behavior Log Report + Lt. Tom false confidential statement to impose Disposition of 180 days Disciplinary Sep. on Oct. 26, 2009 as finding of guilt to support disposition, 15 days loss of food.

) On Oct. 29, 2009, I filed appeal to Warden Huibregtse challenging due process.

) Nov. 17, 2009, in violation of 303.76 (5-10), Deputy Warden Boughton affirmed C.R. disposition.

) 11-20-09, I filed ICRS challenging due process violations.

) , ICE + Boughton dismissed due process complaint.

) , I appealed ICE dismissal to CCE + OOS.

) , CCE + OOS dismissed due process complaint and affirmed C.R. disposition



19

Adult Conduct Report #2019182

184.) Oct. 9, 2009, I received racist fabricated C.R. from COII B. McCullick that Henderson violated 303.24: Disobeying Orders, 303. 28: Disruptive Conduct, 303.63: Violation of Inst. Policies & Procedures; in addition to false Behavior Log Reports to be punished by Control Status, deprivation of linen, etc. for following Doctor's orders.

185.) Lt. Primmer "Reviewing Staff" denied all Henderson's requested witnesses, videotapes, & documentary evidence on Oct. 24, 2009 because Lt. Primmer stated "I don't want to support your lawsuit you're filing".

186.) Oct. 24, 2009, Lt. Primmer selected his video & wrote his personal Witness statement against Henderson as "confidentail informant. 303.81(3).

187.) I did not receive DOC-68 "Notice of 21-Day Time Limit", 303.76(3).

188.) Nov. 14, 2009, Lt. Primmer used false Behavior Log Report to impose 30 Days Rm. Conf. and $7.50 Medical Copay as following Doctor's orders, and no evidence existed to support finding of guilt nor disposition.

189.) Nov. 16, 2009, I filed appeal of due process violation to Warden Huibregtse.

190.) Dec. 30, 2009, in violation of 303.76(5-10), Deputy Warden Boughton affirmed disposition and due process violation.

191.) Jan. 10, 2010, I filed ICRS challenging due process violations.

192.) Jan. 13, 2010, ICE & Boughton dismissed due process complaint.

193.) Jan. 17, 2010, I filed appeal to CCE & OOS of ICE dismissal, Tracey Gerber, COII B. McCullick, & COII Cockroft held appeal until Feb. 9, 2010.

194.) June 4, 2010, CCE & OOS affirmed disposition and dismissed due process complaint. WSPF-2010-772. cf. WSPF-2010-771, WSPF-2010-1913, WSPF-2010-1432 same decision by OOS.



Adult Conduct Report #2) 36)51

146.) On Oct. 13, 2009, I received fabricated C.R. by COII Tim Jones as retaliation for filing inmate grievances contributing to his brother demotion July 11, 2009, that Henderson violated 303.24: Disobeying Orders, 303.63: Violation of Policy & Procedures, 303.28: Disruptive Conduct, in addition to punishment and cell extraction by false Behavior Log Reports.

147.) Lt. Primmer "Reviewing Staff" denied all Henderson's requested videotapes, witnesses, and documentary evidence Oct 24, 2009 preventing Henderson from presenting defense, & fail to give notice of time/date/place of hearing.

148.) Oct. 24, 2009, Lt. Primmer gave his personal witness statement to support COII Jones C.R. with videotape as "confidential informant" purs to 303.81(5).

149.) I did not receive "DOC-68: Notice of 21-Day Time Limit" 303.76(3).

200.) Nov. 14, 2009, Lt. Primmer as sole "Disciplinary Officer & Reviewing Staff" used his "confidential witness" statement & false Behavior Log Report to support finding of guilt & impose 30 Days Rm. Conf., as a partial fact-finder, and $7.50.

201.) Nov. 16, 2009, I filed appeal of due process violation to Warden Huibregtse.

202.) Dec. 30, 2009, in violation of 303.76(5-16); Deputy Warden Boughtor affirmed C.R. disposition for following Doctor's orders.

203.) Jan. 10, 2010, I filed ICRS challenging due process violations.

204.) Jan. 13, 2010, ICE & Boughton dismissed due process violations.

205.) Jan. 17, 2010, I filed appeal of ICE to CCE & OOS of dismissal.

206.) June 4, 2010, CCE & OOS dismissed due process violation and affirmed disposition in WSPF-2010-771 & WSPF-2009-23377.


21

# Adult Conduct Report #2136111

307) Oct. 16, 2009, I received fabricated C.R. by COII Cockroft that Henderson violated 303.24: Disobeying Orders, 303.28: Disruptive Conduct, 303.36: Misuse of State or Federal Property, 303.63: Violation of Inst. Policy & Procedures; in addition to punishment by Behavior Log Report of taking bedding, medical wedge, & clothes.

308) Lt. Primmer "Reviewing Staff/Investigater" denied all Henderson's requested witnesses, videotapes, & documentary evidence to prevent defense of charges; I was not given DOC-68 Notice of 21-Day Time Ext. for hearing

309) Oct. 23, 2009, Lt. Primmer filed his personal witness statement /w selected videotape as "confidential witness" purs. to 303.81(5).

310) Nov. 14, 2009, Lt. Primmer "Disciplinary Staff & Reviewing Investigater" used false Behavior Log Report to impose 60 Days Disciplinary Sep. as a second punishment for same offense, without evidence to support guilt nor was there evidence to impose disposition

311) Nov. 17, 2009, I filed appeal to Warden Huibregtse of due process.

312) Dec. 15, 2009, in violation of 303.76(5-10); Deputy Warden Boughton affirmed disposition and due process violations.

313) Dec. 16, 2009, I filed ICRS challenging due process violations.

314) Dec. 28, 2009 ICE & Boughton dismissed due process complaint.

315) Jan. 5, 2010, I filed appeal to CCE & OOS in Madison.

316) March 10, 2010, CCE & OOS affirmed C.R. disposition and dismissed complaint WSPF-2009-27926.



22

Adult Conduct Report #a 2136190

217) Jan. 6, 2010, I received fabricated C.R. as retaliation for making grievance about staff misconduct by CO Watters that Henderson Violated 303.24: Disobeying Orders, 303.25: Disrespect, 303.28: Disruptive Conduct, in addition to demotion by false Behavior Log Report.

218) Jan. 10, 2010, Lt. Tom, sole "Reviewing Staff" created + denied all Henderson's requested Witnesses, videotapes, + documentary evidence preventing Henderson from establishing a defense.

219) Jan. 10, 2010, Lt. Tom created + submitted his own personal witness statement against Henderson as a confidential informant/videotape purs. to 303.81(5), Lt. Tom is a defendant in lawsuit #09-c-170-bbc/10-CV-109.

220) Jan. 14, 2010, Lt. Tom, sole "Disciplinary Officer" used false Behavior Log and his personal witness statement to support finding of guilt, imposing punishment of 60 Days Loss of Recreation, in addition to demotion punishment by Behavior Log for same offense, as a partial fact-finder.

221) Jan. 18, 2010, I filed appeal of due process violations to the Warden.

222) February 1, 2010, Deputy Warden Boughton affirmed disposition of C.R..

223) Feb. 6, 2010, I filed ICRS challenging due process violation.

224) Feb. 19, 2010, ICE + Boughton dismissed due process complaint.

225) Feb. 21, 2010, I appealed ICE dismissal to CCE + OOS.

226) April 30, 2010, CCE + OOS dismissed due process complaint + affirmed disposition in WSPF-2010-3028



23

Adult Conduct Report # 2107792

227 ) Feb. 2, 2010, I received fabricated C.R. by Nurse Darren Foster as retaliation for/to expose confidential medical communication to unqualified prison staff, that Henderson violated 303.25: Disrespect, 303.28: Disruptive Conduct about expose of medical files.

228 ) Feb. 6, 2010, Lt. Primmer "Reviewing Staff" denied all Henderson's requested witnesses, videotapes, + documentary evidence directly under-cutting allegations in C.R., preventing establishment of a defense.

229 ) Feb. 19, 2010, Lt. Tom "Disciplinary Officer" used his investigation of Nurse Jo Waterman to support finding of guilt + imposed 30 Days Rm. Conf. as punishment as a partial fact-finder, because Lt. Tom is a defendant in lawsuit #09-C-170-bbc/10-cv-109, + investigator of release of medical files.

230 ) Feb. 22, 2010, I filed appeal of due process violations to Warden.

231 ) March 15, 2010, Deputy Warden Boughton affirmed C.R. disposition.

232 ) March 18, 2010, I filed ICRS challenging due process violation in C.R..

233 ) April 6, 2010, ICE + Boughton dismissed due process complaint.

234 ) April 13, 2010, I filed appeal of ICE dismissal to CCE + OOS.

235 ) June 10, 2010, CCE + OOS dismissed due process complaint and affirmed disposition in WSPF-2010-6141



Adult Conduct Report # 2136412

270.) Feb. 5, 2010, I received fabricated C.R. as retaliation for freedom of speech by Capt. L. Brown, that Henderson violated 303.271: Lying About Staff, 303.48: Unauthorized Use Of Mail, assisted by CO II Hulce.

271.) Feb. 10, 2010, Lt. Tom "Reviewing Staff" denied all Henderson's requests for witnesses, videotapes, + documentary evidence directly under-cutting allegations in C.R., preventing establishment of defense.

272.) Feb. 19, 2010, Lt. Tom, sole "Disciplinary Officer + Reviewing Staff" used false C.R. as to support finding of guilt + imposed 240 Days Disc. Sep./ 16 Days Rm. Conf., as partial fact-finder; he's a defendant in lawsuit # 09-C-170-bbc.

273.) Feb. 22, 2010, I filed due process violation appeal to Warden Huibregtse.

274.) March 15, 2010, Deputy Warden Boughton affirmed C.R. disposition.

275.) March 18, 2010, I filed ICRS challenging due process violations in C.R..

276.) April 6, 2010, ICE + Boughton dismissed due process appeal complaint.

277.) April 13, 2010, I filed appeal of ICE dismissal to CCE + OOS.

278.) June 18, 2010, CCE + OOS dismissed due process complaint and affirmed C.R. disposition in WSPF-2010-6142



Adult Conduct Report # 2019797

245 ) March 31, 2010, I received fabricated C.R. by COII C.Finnell that Henderson violated 303.16: Threats, 303.25: Disrespect, 303.48: Unauthorized Use Of Mail, in addition to corporal punishment by Behavior Log Report of being denied food + physical degradation.

246 ) As previous punishment for the same offense, Lt.Brown, Capt. D. Gardner authorized denial of mail, physical degradation, et al. March 31, 2010.

247 ) April 2, 2010, Lt.Tom "Reviewing Staff" denied all Henderson's requested witnesses, + documentary evidence undercutting allegations in C.R., preventing Henderson from presenting a defense.

248 ) April 7, 2010, Lt.Tom "Disciplinary Officer" used false Behavior Log because the alleged letter was "Destroyed" to support finding of guilt + imposing punishment of 300 Days Disc. Sep., in addition to punishment on March 31, 2010, as a partial fact-finder, because he's a defendant in lawsuit #09-C-170-6bc / #10-CV-109.

249 ) April 9, 2010, I filed appeal due process violation to Warden.

250 ) May 17, 2010, Deputy Warden Boughton affirmed C.R. disposition.

251 ) May 23, 2010, I filed ICRS challenging due process violations.

252 ) June 2, 2010, ICE + Boughton dismissed due process complaint.

253 ) June 6, 2010, I appealed ICE dismissal to CCE + OOS.

254 ) July 24, 2010, CCE + OOS dismissed due process complaint + affirmed disposition in WSPF-2010-10919.



26

Conduct Report 2105435

254) October 21,2019, defendants Kaiser and another/private conduct
report 2105435 charging Plaintiff A. Jones with DOC 303.271
lying, false business letter/grievance sent to JCRS
of Staff Misconduct.

255) Hearing on Misconduct, Plaintiff D. Tate/Lt. Hartfield, denied
Plaintiff's witness, right & DOC303 and Notice Of Time/Date/
Place of hearing to lie, no hearing of charges.

256) Plaintiff A. Jones was only found guilty by Lt. Hartfield and
imposed 360 days disciplinary segregation in violation JCRS
of clear misconduct.

257) May 13-20, 2019, defendants Vandewalker, Haines, approved
retaliation.

Conduct Report 20846397

258) Dec. 2, 2019, defendants Petersen and Lt. Haines
directed and approved false conduct report 2105843 only
on grounds of the misconduct of Staff and used ...

259) Defendants Lt. Gardner and approved 360 days
discipline for false grievances.

COMPlaint Report 2154108

261) Jan. 31, 2019, defendants Perkins, Hernandez, E.R.,
directed and approved false CR 2154108 Plaintiff as retalia-
tion for filing inmate grievance, Defendant Rangs, lying
CR 2154108 was for writing JCRS grievances, even though
they have a Grievance Program.



28

Administrative Confinement

## CLAIMS FOR RELIEF

282) Whether the intentional actions of Defendants Carr, Raemisch Wall, Hamblin, Frank, Litscher, Boughton, Haines, Hubrecose, Schneider, Brown, Ray, Gardner, Hanfield, Tom, M.Taylor, L. Primmer, Lt. Grondin, Sgt. Bausch, Lt. Boisen, C.O. Tenace, Sgt. Sickinger Haase, Sgt. Lapiston, Sgt. Henningson, B. Kool, Swall Jones, Hannka, T. Jones, Wachtera, Atty. Gen. _____ acting under color of Federal and State law, violated Plaintiff Henderson's First Amend. right by creating 42 U.S.C. § 1997, Doc 310.01.19, DAI 1.6, DAI 310.00.01 "As Applied" Policy, Custom, and practice to retaliate against Plaintiff Henderson by imposing twelve (12) years of discipline for filing grievances/complaints in prisoner legal mail and Complaint System (ICRS) to intimidate and chill speech, was and continue to be done with deliberate indifference, constituting violations of First (1st) Amend. U.S. laws to (.) Speech and petition the gov. without retaliation.

283) Whether intentional acts of Defendants Carr, Raemisch Wall, Hamblin Frank Litscher, Boughton Haines, Hubrecose Schneider, Brown, Ray Gardner, Hanfield Tom, L. Primmer, Lt. Grondin, Lt. Boisen Kool, Horner, Hermanson Haase, acting under color of State law, violated Plaintiff Henderson's rights

31

by granting a sham adjudication in lieu
"Notice of Intent" ... subject to arbitrary denial
to disciplinary process, even if ... Denial to Question
supervisory witnesses, Denial to Call witnesses,
Interfere in her own investigation, Denial to Prepare
evidence/Review info, Denial of ... inmate or staff rep, Denial
of Written Statements of Determinations, imposing
punitive ... prior Solitary confinement, an atypical
and significant hardship not in ordinary incidence
of prison life, Was and continue to be done with
deliberate indifference, constituting violations of
Fourteenth (14th) Amend.) U.S. Const. Due Process;
and Equal Protection Clause for not providing
Notice of Time/Date/Place of Hearing.

284) Whether actions of Defendant's Litscher, Wall,
Hautamaki, Jones, Hanson, Roy L. Bomar, Radtke,
Gardner, Carr, Schneiter, acting under color of state law,
Violated Plaintiff's First Amend. by reading and
+ Censoring Plaintiff's legal + personal ... to open and
read all incoming personal/legal/subject to prior-right subject
of analysis, by mail-watch-ruling interfering with
deliberate indifference to mail + conserving speech
constitute violations of First Amend.) U.S. Const.;
Free Speech + Petition.

## REQUEST FOR RELIEF

Plaintiff Tino Henderson, request the Court to
GRANT following relief:

A.) Issue Injunctive Relief that the Implied,
42 U.S.C. [§] 1983, et seq. used by defendants Wall,
Carr, U.S. Attorney, Bratcher, Homer, Franklin,
to impose discipline and Administrative Enforcement
for filing ICRS grievances, violate First Amend.,
U.S. const.

B.) Issue Compensatory Damages jointly against
Defendants Wall, U.S. Attorney, Homer, Franklin,
Brown, et al, listed in next caption in large sum
amount, determine by a jury.

C.) Issue Punitive Damages jointly against Franklin,
Wall, Bratcher, Adair, Brown, U.S. const. Provided, Homer,
Brown, and last et al, listed in next caption in large
sum amount, determined by a jury.

D.) Federal Attorney fees, court appointed at cost,
fees, and incurred cost as future expense.

E.) Appoint Attorney to give me law library access or
privilege/copy/legal papers print, law libraries
I can not have in their possession.

33

Date: May 18, 2021

Submitted for E-Filing:

Isaac Buckner
#607
P.O. Box 17225
Hper Road WI
53707

34