IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

    Plaintiff,

v.

U.S. ATT. GENERAL GARY HAMBLIN, et al.

    Defendants.

ORDER

Case No. 21-cv-346-jdp

TITUS HENDERSON,

    Plaintiff,

v.

KEVIN CARR, et al.

    Defendants.

ORDER

Case No. 21-cv-347-jdp

On June 29, 2021, I entered an order directing plaintiff Titus Henderson to submit a six-month trust fund account statement by July 20, 2021, in support of the motion for leave to proceed without prepaying the filing fee. However, after re-evaluating plaintiff's partial trust fund account statement filed in this case and the six-month trust fund statement filed on June 7, 2021 in plaintiff's case 18-cv-680-jdp in this court, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee, but will not assess an initial partial filing fees. Even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation. *See* 28 U.S.C. § 1915(b)(2).

Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. The motion filed by plaintiff Titus Henderson for leave to proceed without prepayment of the filing fee is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 6th day of August, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge